IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSIE EUELL                                               PLAINTIFF

VS.                CASE NO. 3:15CV00254 SWW/PSH

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                              DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Defendant Carolyn W. Colvin ("Colvin"), in her unopposed motion for voluntary remand (docket entry no. 11) requests this case be reversed and remanded for further administrative proceedings. For good cause, we recommend that the unopposed motion to reverse and remand be granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE