**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROSIE EUELL**                                                                                   **PLAINTIFF**

**VS.**            **CASE NO. 3:15CV00254 SWW/HDY**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 11th day of March, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE