IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSIE EUELL**                                                                           **PLAINTIFF**

**VS.**              **CASE NO. 3:15CV00254 SWW/HDY**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of March, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE