IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSIE L. EUELL**                                                                                           **PLAINTIFF**

VS.                           CASE NO. 3:15CV00254 SWW

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                              **DEFENDANT**

**ORDER**

Now before the Court is Plaintiff Rosie L. Euell's ("Euell") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Carolyn W. Colvin ("Colvin") does not oppose the motion.

The Court grants the motion, approving an EAJA award in the total amount of $5,688.44. The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Euell, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Euell, in care of her attorney, Mr. David J. Throesch, and shall mail the check to Mr. Throesch at his Pocahontas, Arkansas, address.

IT IS SO ORDERED this 21st day of April, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE